1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH HILL,                          No.  2:16-cv-3020 KJN P

12              Plaintiff,

13       v.                                 ORDER

14   SCOTT KERNAN, et al.,

15              Defendants.

16

17          Plaintiff has filed a motion for extension of time to file an amended complaint.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to file an amended

21   complaint.

22   Dated:  July 13, 2017

23

24                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
25
     /mp/cw/hill3020.36
26

27

28