UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:16-cv-3020 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed objections to the pending findings and recommendations, and in his second objection, plaintiff claims he was not served with the findings and recommendations until September 12, 2018. In addition, due to a lockdown, as well as having two other court deadlines, plaintiff states he was unable to "respond, object, or comply with the" August 15, 2018 order requiring plaintiff to provide the documents for service of process. Plaintiff did not provide the service of process documents with his objections.

The court notes that plaintiff did not seek an extension of time in which to comply with the order. Thus, it is unclear whether plaintiff intends to comply with the order since he was first ordered to provide the documents for service of process by order filed June 22, 2018. But, because plaintiff is proceeding pro se, plaintiff will be granted one final opportunity to provide the documents for service of process. If plaintiff fails to timely provide such documents, the

1

undersigned will forward the findings and recommendations and plaintiff's objections to the district court for review.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty-one days in which to comply with the June 22, 2018 and August 15, 2018 orders. Failure to timely respond will result in the dismissal of this action.

Dated: October 19, 2018

/hill3020.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE