UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


KENNETH HILL,                                    No. 2:16-cv-3020 JAM KJN P

                    Plaintiff,

        v.                                       ORDER

SCOTT KERNAN, et al.,

                    Defendants.


        Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C.

§ 1983. In accordance with the "referral notice" filed in this action on January 16, 2019, the court

finds that plaintiff's appeal of the December 17, 2018 dismissal of this action is taken in good

faith.

Dated: January 22, 2019

                                                 _____
                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE
/cw/hill3020app.gf

1